IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARCUS DEWAYNE McQUEEN,** )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>**LIMESTONE CORRECTIONAL**  )<br>**FACILITY,**  )<br>  )<br>    Defendant.  ) | **CIVIL ACTION NO.**<br>**2:24cv614-MHT**<br>**(WO)** |

**OPINION AND ORDER**

Plaintiff filed this lawsuit asserting that several correctional officers at Limestone Correctional Facility violated his constitutional rights by pushing and beating on him, harassing him, and cursing at him. This case is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a). There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

Accordingly, it is ORDERED that:

(1) The magistrate judge's recommendation (Doc. 3) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).

(3) The pending application to proceed in forma pauperis (Doc. 2) remains pending for the receiving court.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 30th day of October, 2024.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**